People's Milk Company, Appellant, v. John W. Doty, Respondent.— Judgment affirmed, with costs. New trial in City Court of the city of Buffalo, to be held on Tuesday, July 26, 1910, at ten o'clock in the forenoon. All concurred.

Otis M. Casler, Respondent, v. Ada B. Casler, Appellant.— Judgment affirmed. All concurred.

William E. Clark, Respondent, v. Pennsylvania Railroad Company and New York, Chicago and St. Louis Railroad Company, Appellants.— Judgment and order affirmed, with costs. All concurred.

Charles H. Everitt, Respondent, v. Mizpah Lodge, No. 518, Independent Order of Odd Fellows of the State of New York, Appellant.— Judgment and order affirmed, with costs. All concurred.

Dora Brookins, Respondent, v. Lucius Titus Goodnow and Willis D. Newton, as Administrators, etc., of Josephus Goodnow, Deceased, Appellants.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Kruse, J., who dissented upon the ground that the plaintiff's claim is not established by clear and convincing evidence.

John H. Casler, Respondent, v. Benjamin P. Casler, Appellant.— Judgment reversed and new trial ordered before another referee, with costs to appellant to abide event. Held, that the finding of the referee that the three items amounting to sixty-five dollars, added to the bill of particulars on the trial, were not paid, is against the weight of the evidence. All concurred.

Charles Strebe, Respondent, v. Thomas E. Webb, Appellant.— Judgment affirmed, with costs. All concurred.

Philip Rohrbacher, Respondent, v. Mary Anna Gillig and Alexander Gillig, Appellants.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Robson, J., who dissented upon the ground that under the charge of the court the defendants were not shown guilty of actionable negligence nor the plaintiff free from contributory negligence.

The People of the State of New York ex rel. Philip W. Roth and James A. Hersberger, Respondents, v. Richard D. C. Rudhard and Others, as Board of Assessors of the Village of Kenmore, in the County of Erie and State of New York, and Charles H. Pratt, as Clerk of Said Village, Appellants. The People of the State of New York ex rel. Anna R. Winter, Respondent, v. Richard D. C. Rudhard and Others, as Board of Assessors of the Village of Kenmore, in the County of Erie and State of New York, and Charles H. Pratt, as Clerk of Said Village, Appellants. The People of the State of New York ex rel. Frederick Toisul, Respondent, v. Richard D. C. Rudhard and Others, as Board of Assessors of the Village of Kenmore, in the County of Erie and State of New York, and Charles H. Pratt, as Clerk of Said Village, Appellants. The People of the State of New York ex rel. Caroline Fritz and Another, Respondents, v. Richard D. C. Rudhard and Others, as Board of Assessors of the Village of Kenmore, in the County of Erie and State of New York, and Charles H. Pratt, as Clerk of Said Village, Appellants.— Final order, in each case, affirmed, with one bill of costs in the same action in which the court below awarded costs, as per stipulation. All concurred.

Knowlton Mixer, Appellant, v. James N. Adam, as Mayor, etc., and Others,